# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E.L.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:24-cv-00530-JFW-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge (ECF No. 18). The Court also has reviewed Defendant's Objections to the Report and Recommendation, filed on November 21, 2024 ("Objections"), and Plaintiff's Response to Objections, filed on December 5, 2024. (ECF Nos. 19–20.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Defendant specifically has objected. The Objections lack merit for the reasons

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that:

(1) The Report and Recommendation of United States Magistrate Judge is accepted; and

(2) Judgment shall be entered reversing the final decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 19, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE